funny badger don't care t-shirt - Google Search

Funny-Offensive T Shirts - Buy 3 & Get 6 Free
www.badideatshirts.com/ ▾
Custom Made T Shirts Just for You. Order Today.

< Goooooooooooooogle >

Previous   11 12 13 14 15 16 17 18 19 20 21 22 23 24   Next

Google is compensated by these merchants. Payment is one of several factors used to rank these results. Tax and shipping costs are estimates.

Help   Send feedback   Privacy & Terms   Information for Merchants   Report a Violation



https://www.google.com/search?q=honey+badger+don't+care+t-shirt&tbm=shop&...[8/11/2014 11:17:45 AM]

honey badger don't care t-shirt - Google Search

Roundneck
Long Sleeve
Sleeveless
V-neck

**Seller**

Redbubble
Zazzle
eBay
CafePress.com
eBay - theshirtgeek
More





Honeybadger Shirt Honey Badgers Are Gay Size Small Medium Large Xlarge
$14.99 from Etsy - funhousetshirts



Honey Badger Organic Women's Fitted T-Shirt (dark)
$28.99 from CafePress.com



Honey Badger Don't Care Badgers Crazy Nastyass Badass Keep Calm ...
$16.80 from Bonanza - Cun-Style's booth



Honey Badger Golf Shirt
$22.99 from CafePress.com



Honey Badger T Shirt
$27.95 from Zazzle



Honey Badger Vicious & Misunderstood Golf Shirt
$22.99 from CafePress.com



Honey Badger Don't Care Badgers Crazy Nastyass Badass Keep Calm ...
$14.80 from Bonanza - Cun-Style's booth



Honey Badger - wHole New Level T-Shirt T-Shirts & Hoodies
$26.59 from Redbubble



Honey Badger Don't Care T-shirt
$16.95 from Zazzle



Honey Badger Tee Shirts
$30.35 from Zazzle



Honey Badger Vicious & Misunderstood Kids Light T-
$15.99 from CafePress.com



Honey Badger Come Back Here Kids Dark T-Shirt
$19.99 from CafePress.com



Honey Badger Don't Care Tshirt
$18.95 from Zazzle





Honey Badger Kids Dark T-Shirt
$19.99 from CafePress.com




Honey Badger Organic Toddler T-Shirt
$20.49 from CafePress.com





Honey Badger Organic Women's T-Shirt
$27.99 from CafePress.com












Honey Badger Come Back Here Kids Light T-Shirt
$15.99 from CafePress.com



College Team Gear
www.sportsauthority.com/Wisconsin ▾ 4.5 ★★★★★ advertiser rating
Shop Our Selection of Wisconsin Gear at Sports Authority® Online!
Stadium Seats - Cool Off - Shop Coolers - Tailgating Essentials

Custom T-Shirts
www.rushordertees.com/ ▾
4.8 ★★★★★★ rating for rushordertees.com




honey badger don't care t-shirt - Google Search

Custom T-Shirts Design Online or Call Us

Custom T-Shirt Full Color - Create your own $15 full color
Ad www.cafecustomink.com/ ▾
Free Shipping

‹ Goooooooooooogle ›
Previous    12 13 14 15 16 17 18 19 20 21 22 23 24    Next

Google is compensated by these merchants. Payment is one of several factors used to rank these results. Tax and shipping costs are estimates.

Help    Send feedback    Privacy & Terms    Information for Merchants    Report a Violation



honey badger don't care t-shirt - Google Search

honey badger don't care t-shirt

Web   Images   Maps   **Shopping**   More ▾

Sign in
⚙

Atlanta, GA
Change

Sort: Default ▾   View: Grid ▾   My Shortlist (0) ▾

Merchant links are sponsored ⓘ

**Show only**
Available nearby
New items

**Price**
Up to $15
$15 – $20
Over $20
$ ▯ to $ ▯

**Category**
Shirts & Tops

**Brand**
Zazzle
American Apparel
Gildan
Cafe Press
Fruit of the Loom
More

**Color**

**Size**
4  ▯ ▯
6  ▯ ▯
8  ▯ ▯
S  XS  S  M  XXL  XXL
L  XL  S  XXL
2XL  XXL

**Silhouette**
Short Sleeve

Honey Badger Fearless
Organic Women's Fitted T-Shi
$27.99 from CafePress.com

Honey Badger T-shirt
$24.10 from Zazzle

Honey Badger is Cute Kids
Light T-Shirt
$15.99 from CafePress.com

Honey Badger Kids Light
T-Shirt
$15.99 from CafePress.com

Honey Badger Don't Care
Tee Shirt
$19.95 from Zazzle

Honey Badger Shirt
$25.95 from Zazzle

Honey Badger Don't Care
Shirts
$25.95 from Zazzle

Honey Badger Toddler
T-Shirt
$15.49 from CafePress.com

Honey Badger Tees
$15.95 from Zazzle

Beware of the honey badger
Kids Light T-Shirt
$15.99 from CafePress.com

Honey Badger Baseball
Jersey
$24.99 from CafePress.com

Their Skin is Loose - Honey
Badger Shirt
$32.45 from Zazzle

Honey Badger Organic
Toddler T-Shirt (dark)
$26.99 from CafePress.com

Honey Badger Organic
Women's Fitted T-Shirt
$27.99 from CafePress.com

Honey Badger Organic
Women's T-Shirt (dark)
$28.99 from CafePress.com

Hello My Name is Honey
Badger sticker T-Shirts &
Hoodies
$25.52 from Redbubble

Honey Badger Long Sleeve
Infant T-Shirt
$15.98 from CafePress.com

Honey Badger Infant T-Shirt
$16.49 from CafePress.com



honey badger don't care t-shirt - Google Search

- Roundneck
- Long Sleeve
- Sleeveless
- V-neck

**Seller**
- Redbubble
- Zazzle
- eBay
- CafePress.com
- eBay - theshirtgeek

More

Honey Badger Organic Baby T-Shirt
$21.49 from CafePress.com

honey badger is crazy Organic Baby T-Shirt
$21.49 from CafePress.com

I Love Heart Honey Badgers Badger Don't Give Care Tee
$14.88 from eBay - theshirtgeek

Honey Badger Women's Long Sleeve Dark T-Shirt
$29.98 from CafePress.com

honey badger thing Infant T-Shirt
$16.49 from CafePress.com

Honey Badger Women's Long Sleeve Dark T-Shirt
$29.98 from CafePress.com

Honey Badger Shirt
$35.20 from Zazzle

I Love Honey Badgers Organic Women's Fitted T-Shirt
$27.99 from CafePress.com

Honey Badger Man The Movie Edition Shirt
$27.95 from Zazzle

Honey badger with your funny text Toddler T-Shirt
$15.49 from CafePress.com

Honey Badger Tshirts
$23.95 from Zazzle

Honey Badger Man Modern Edition T Shirts
$27.95 from Zazzle

Oh No Honey Badger Toddler T-Shirt
$15.49 from CafePress.com

Honey Badger Don't Give a Sh*t White T-Shirt
$7.95 from Etsy - casualapparel

Keep Calm and Badger On Tees
$30.95 from Zazzle

Honey Badger Don't Care Shirt
$22.95 from Zazzle

Honey Badger Misunderstood Organic Toddl
$26.99 from CafePress.com

Honey Badger Man Classic Edition T Shirts
$27.95 from Zazzle

Honey Badger Vicious & Misunderstood Organic Toddl
$26.99 from CafePress.com

**Custom Printed T-Shirts**
Ad www.atlantaashirtshop.com/ ▾
Superior Quality, Fast Turnaround Get A Quote Now!

**Custom T-Shirts**
Ad www.rushordertees.com/ ▾
4.8 ★★★★★ rating for rushordertees.com
Custom T-Shirts Design Online or Call Us

Custom T-Shirt Full Color - Create your own $15 full color



honey badger don't care t-shirt - Google Search

www.catlecustomink.com/ ▾
Free Shipping

‹ Goooooooooooogle ›
Previous  13 14 15 16 17 18 19 20 21 22 23 24  Next

Google is compensated by these merchants. Payment is one of several factors used to rank these results. Tax and shipping costs are estimates.

Help    Send feedback    Privacy & Terms    Information for Merchants    Report a Violation



https://www.google.com/search?q=honey+badger+don't+care+t-shirt&hl=en microsoft-en-us&ie=UTF-8&sa=UTF-8&tarxindex=&startPage=1&gws_rd=ssl&q=honey+badger+don't+care+t-shirt&tbm=shop&tbs=vw:g[8/11/2014 11:19:03 AM]

honey badger don't care t-shirt - Google Search

Roundneck

Long Sleeve

Sleeveless

V-neck

**Custom Printed T-Shirts**
www.atlantashirtshop.com/ ▾
Superior Quality, Fast Turnaround Get A Quote Now!

**Custom T-Shirts**
www.rushordertees.com/ ▾
4.8 ★★★★★★ rating for rushordertees.com
Custom T-Shirts Design Online or Call Us

**Seller**

Redbubble

Zazzle

eBay

CafePress.com

eBay - theshirtgeek

More

**Custom T-Shirt Full Color - Create your own $15 full color**
www.cathcustomink.com/ ▾
Free Shipping

‹ Goooooooooogle

**Previous**   14 15 16 17 18 19 20 21 22 23 **24**

Google is compensated by these merchants. Payment is one of several factors used to rank these results. Tax and shipping costs are estimates.

Help    Send feedback    Privacy & Terms    Information for Merchants    Report a Violation































































